

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/7/2015**                                                    **COA No. 12-14-00225-CR**
**RAHMAN, FATIMA**         **Tr. Ct. No. 114-1451-10**              **PD-0724-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *